UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMILIO DESTRADE CORREOSO,

      Petitioner,

  v.                       Case No. 2:26-cv-1164-JES-DNF

WARDEN, SOUTH FLORIDA
DETENTION FACILITY, et al.,

      Respondents.

_____

**ORDER STRIKING UNSIGNED COMPLAINT**

Before the Court is Petitioner Emilio Destrade Correoso's pro se 28 U.S.C. § 2241 petition, to which Correoso did not sign his name. (Doc. 1).[1]  All pleadings, motions, and other papers filed with the Court must be properly signed by any pro se party or counsel.  See Fed. R. Civ. P. 11(a).  The Court thus strikes the petition.

Accordingly, it is **ORDERED**:

1.    The **Clerk**  is **DIRECTED** to **STRIKE** Correos's petition. (Doc. 1).

_____

[1] The petition is signed "PUTAS," which the Court cannot liberally construe as Petitioner's name. (Doc. 1 at 1).  Rather, an online search suggests that "putas" is a slur in many Spanish speaking countries, including Cuba.  Because Correoso represents himself, his pleading is subject to "less stringent standards than formal pleadings drafted by lawyers." Haines v. Kerner, 404 U.S. 519, 520 (1972).  Nevertheless, the latitude entitled to a pro se litigant does not extend to inappropriate conduct.  To avoid dismissal of his amended petition, Correoso should be aware that he has an obligation to behave civilly in any further pleadings he files in federal court.

2.   Correoso may file an amended and properly-signed petition within **TWENTY-ONE (21) DAYS** from the date of this Order. If he does not do so within the time allotted, the Court will order the Clerk to close this file.

3.   The Clerk shall send Correoso a blank 28 U.S.C. § 2241 habeas petition.

**DONE AND ORDERED** in Fort Myers, Florida on April 17, 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Emilio Destrade Correoso

2