UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMILIO DESTRADE CORREOSO,

Petitioner,

v. Case No. 2:26-cv-1164-JES-DNF

WARDEN, SOUTH FLORIDA DETENTION FACILITY, et al.,

Respondents.

**ORDER DISMISSING CASE**

On April 14, 2026, Petitioner Emilio Destrade Correoso filed a petition for writ of habeas corpus to which he did not sign his name. (Doc. 1).[1] The Court struck the pleading and directed Correoso to file an amended, properly signed petition. (Doc. 4). The Court cautioned that if Correoso did not comply by May 8, 2026, this file will be closed. (Id.) Correoso has not filed an amended petition, and his time to do so has expired. This case cannot proceed without a proper pleading.

[1] The petition was signed "PUTAS," which the Court could not liberally construe as Petitioner's name. (Doc. 1 at 1). An online search suggested that "putas" is a slur in many Spanish speaking countries, including Cuba. The Court explained that the latitude offered pro se litigants does not extend to inappropriate conduct.

Accordingly, this case is **DISMISSED without prejudice.** The **Clerk** is directed to terminate any pending motions and deadlines and close this file.

**DONE AND ORDERED** in Fort Myers, Florida on May 15 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Emilio Destrade Correoso